UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                                                  CASE NUMBER 12-60818

Lee's Ford Dock, Inc.

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 9/25/2013                                                         TIME: 09:30

APPEARANCES:

ISSUE:

271     8/22/2013     Disclosure Statement <i></i> Filed by Lee's Ford Dock, Inc.. (Attachments: #  1 Continuation of Main Document Exhibits A - I)(Adams, Amelia)

DISPOSITION:
    Other

JUDGE'S NOTES:

Approved--D to submit order

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge**
**Dated: Wednesday, September 25, 2013**
(lmu)