UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

LEE'S FORD DOCK, INC., *et al.*                                          CASE NO. 12-60818
    DEBTORS                                                                                CHAPTER 11

**NOTICE OF SUBSTITUTION OF COUNSEL**

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

    The United States hereby gives notice to the Court and all parties to this action that the undersigned Assistant United States Attorney, Valorie D. Smith, will represent the United States of America, its agencies, and its agents and officials in their official capacities as lead counsel of record, replacing David Middleton, effective immediately. The United States' client agencies consent to this replacement.

                                                Respectfully submitted,

                                                KERRY B. HARVEY
                                                UNITED STATES ATTORNEY

                                                /s/ *Valorie D. Smith*
                                                Valorie D. Smith
                                                Assistant United States Attorney
                                                260 West Vine St., Suite 300
                                                Lexington, KY 40507-1612
                                                (859) 685-4843
                                                Valorie.d.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I certify I electronically filed this document with the clerk of the court by using the CM/ECF system. That system will cause a copy to be made available to the parties in that system including the trustee and counsel for the debtor.

I further certify that I mailed that a copy of this document by regular U.S. Mail to:

Lee's Ford Dock, Inc.
451 Lee's Ford Dock Road
Nancy, KY  42544

On October 17, 2013.

/s/ *Valorie D. Smith*
Valorie D. Smith
Assistant United States Attorney