UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LEE'S FORD DOCK, INC., *et al.* | CASE NO. 12-60818 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

**AGREED ORDER BETWEEN DEBTORS AND C&I SOLUTIONS III, LLC RESOLVING CERTAIN PRE-HEARING DEADLINES RELATING TO CONFIRMATION HEARING AND HEARING TO CONSIDER DEBTORS' MOTION TO OBTAIN POSTPETITION FINANCING**

Come Lee's Ford Dock, Inc., Hamilton Brokerage, LLC, Hamilton Capital, LLC, Lee's Ford Hotels, LLC, Lee's Ford Woods, LLC, and Top Shelf Marine Sales, Inc., as debtors and debtors in possession (collectively, the "Debtors"), and C&I Solutions III, LLC ("C&I"),[1] both by their respective counsel, and said parties having STIPULATED AND AGREED as follows:

WHEREAS, by agreement of the Debtors and C&I, the Court entered the Agreed Order Continuing and Resetting Certain Deadlines between Debtors and C&I Solutions III, LLC related to Confirmation Hearing and Hearing to Consider Debtors' Motion to Obtain Postpetition Financing [Doc 413] (the "Scheduling Order") on January 9, 2014;

WHEREAS, the Scheduling Order set certain deadlines in contemplation of an evidentiary hearing to be held before this Court on Thursday, January 16, 2014, at 10:00 a.m. (ET) to consider confirmation of the Debtors' Joint Plan of Reorganization [Doc 272] (the "Plan") and Debtors' Motion for Order Authorizing Debtors to Obtain First-Priority Secured Postpetition Financing and Related Relief [Doc 270] (the "Financing Motion");

---

[1] Branch Banking & Trust Company ("BB&T") assigned its claims in these bankruptcy cases to C&I Solutions III, LLC on December 20, 2013. *See* Transfer of Claim Other than for Security [Doc 395].

WHEREAS, the Debtors and C&I have resolved all issues regarding Plan treatment as set forth in their Notice of Agreed Plan Treatment [Doc 419];

WHEREAS, pursuant to the Notice of Agreed Plan Treatment, C&I has agreed that the Objection [Doc 361] to the Financing Motion filed by C&I's predecessor-in-interest, Branch Banking & Trust Company, will be deemed withdrawn upon confirmation of the Plan as amended in said Notice;

WHEREAS, based on these agreements, the Debtors and C&I have agreed that an evidentiary hearing to consider Plan confirmation and the Financing Motion is no longer required;

And the Court being sufficiently advised, IT IS HEREBY AGREED AND ORDERED as follows:

1. The January 10, 2014 deadline for filing exhibits, proposed stipulations, and witness lists contained in paragraph 1 of the Scheduling Order is hereby STRICKEN.

2. The January 13, 2014 deadline for C&I to file any objection to confirmation of the Plan contained in paragraph 4 of the Scheduling Order is hereby STRICKEN.

3. The January 14, 2014 deadline for filing objections to exhibits contained in paragraph 2 of the Scheduling Order is hereby STRICKEN.

4. The deadline for C&I to vote on the Plan shall remain Monday, January 13, 2014, as specified in paragraph 5 of the Scheduling Order.

5. For absence of doubt, the hearing to consider Plan confirmation and the Financing Motion will remain as previously scheduled on Thursday, January 16, 2014 at 10:00 a.m. (ET) before the United States Bankruptcy Court for the Eastern District of Kentucky, 100 East Vine Street, Third Floor, Lexington, Kentucky.

6.   If any party in interest or creditor desires to file an objection to the entry of this Order, then such party shall file an objection no later than fourteen (14) days after the entry of this Order.  If no objection is timely filed, then this Order shall become final.

TENDERED BY:

DELCOTTO LAW GROUP PLLC

/s/ Amelia Martin Adams, Esq.
KY Bar No. 93038
Laura Day DelCotto, Esq.
KY Bar No. 81763
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
aadams@dlgfirm.com
ldelcotto@dlgfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION


HAVE SEEN AND AGREED TO:

STITES & HARBISON PLLC

/s/ Elizabeth L. Thompson, Esq.
250 W. Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone:  (859) 226-2300
Facsimile:   (859) 253-9144
ethompson@stites.com
COUNSEL FOR C&I
SOLUTIONS III, LLC

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

Z:\Strike C&I Conf and DIP Finance Deadlines AO 20140110.docx

3

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, January 13, 2014
(tnw)**