# Exhibit B

# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

January 28, 2014

J.D. Hamilton
Lee's Ford Dock, Inc. et al.
451 Lees Ford Dock Road
Nancy, KY 42544

Inv. No:  09215
Matter:  Lee's Ford Ch 11 Postpetition
File No: 2944.2 CH 11 FA

| Date | TMKR | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **Asset Analysis and Recovery** | | | | |
| 12/17/2013 | AMA | Review order denying Corps motion for relief from subpoena and granting Lee's Ford Dock's motion to compel production; telephone call with and follow-up email to J.D. Hamilton re same; conference with L. D. DelCotto re Rule 2004 order and Corps documents | 0.50 | $110.00 |
| 12/17/2013 | LDD | Conference with A. Adams regarding Rule 2004 order/Corps documents | 0.20 | $79.00 |
| 12/17/2013 | PL | Serve entered order overruling Corps' motion for relief from subpoena | 0.10 | $9.00 |
| 12/18/2013 | AMA | Respond to email from J.D. Hamilton re Corps document production | 0.10 | $22.00 |
| 12/18/2013 | AMA | Review, revise certificate of service re order denying Corps' motion for relief from subpoena and granting motion to compel | 0.10 | $22.00 |
| 12/18/2013 | AMA | Respond to email from V. Smith re Corps production of documents | 0.10 | $22.00 |
| 12/18/2013 | BU | Prepare and file certificate of service re order denying Corps' motion for relief | 0.20 | $18.00 |
| 12/19/2013 | AMA | Email to J.D. Hamilton and A. Saltman re Corps communications about document production | 0.20 | $44.00 |
| 12/27/2013 | AMA | Email exchange with A. Saltman and E. Nichols re Corps first set of documents produced (.2); respond to email from V. Smith re same (.1) | 0.30 | $66.00 |
| 12/30/2013 | AMA | Telephone calls to and from V. Smith re Corps document production, related issues (prorated) | 0.20 | $44.00 |

| | | | | |
|---|---|---|---|---|
| 1/06/2014 | AMA | Telephone call from V. Smith and B. Bovee re Corps document production | 0.20 | $46.00 |
| 1/06/2014 | AMA | Email exchange with E. Nichols re document production issues | 0.10 | $23.00 |
| 1/07/2014 | AMA | Email to J.D. Hamilton, E. Nichols, and A. Saltman re Corps responses to document request | 0.10 | $23.00 |
| 1/08/2014 | AMA | Telephone call from A. Saltman and E. Nichols re Corps responses to document requests; follow-up email from A. Saltman re same | 0.30 | $69.00 |
| 1/08/2014 | AMA | Review Corps responses to document request; email to B. Bovee re same | 0.80 | $184.00 |
| 1/08/2014 | AMA | Review draft protective order and related motion re Corps document production; email to A. Saltman, E. Nichols, and J.D. Hamilton re same | 0.40 | $92.00 |
| 1/09/2014 | AMA | Review revised protective order from E. Nichols; email exchanges with E. Nichols and J.D. Hamilton re same; respond to email from B. Bovee re same | 0.40 | $92.00 |
| 1/09/2014 | LDD | Attention to electronic correspondence regarding Corps documents/draft orders; email from A. Saltman regarding same | 0.20 | $79.00 |
| 1/10/2014 | AMA | Review, revise multiple drafts of proposed protective order and email exchanges and telephone calls with E. Nichols and J.D. Hamilton re same (.8); email exchanges and telephone calls with B. Bovee re revised order (.4); conference with L. D. DelCotto re Corps documents (.1) | 1.30 | $299.00 |
| 1/10/2014 | LDD | Conference with A. Adams regarding Corps documents and emails regarding same (multiple) | 0.30 | $118.50 |
| 1/13/2014 | AMA | Review final joint motion for protective order, agreed protective order re Corps document production (.2); email exchange with and telephone call to B. Bovee re same (.2); email exchanges with J.D. Hamilton and E. Nichols re same (.2) | 0.60 | $138.00 |
| 1/13/2014 | LDD | Conference with A. Adams; emails regarding Corps documents/compliance with pending order | 0.20 | $79.00 |
| 1/14/2014 | AMA | Email to J.D. Hamilton, E. Nichols, and A. Saltman re entry of agreed protective order with Corps, scheduling time to inspect documents | 0.10 | $23.00 |
| 1/14/2014 | AMA | Drafting of letter to E. Nichols re transmittal of documents produced by Corps; attention to related issues re secure transmittal of same; email exchange with E. Nichols re same, in-person inspection of documents | 0.40 | $92.00 |

| 1/14/2014 | LDD | Attention to electronic correspondence regarding Corps documents review/order | 0.10 | $39.50 |
| 1/15/2014 | AMA | Emails with E. Nichols re in-person inspection of documents, documents produced by CD | 0.20 | $46.00 |
| | | Sub Total: Asset Analysis and Recovery | | $1,879.00 |

**Business Operations**

| 12/06/2013 | AMA | Review 2012 annual financial review | 0.40 | $88.00 |

**Case Administration**

| 12/01/2013 | LDD | Update electronic correspondence | 0.30 | $118.50 |
| 12/04/2013 | AMA | Email exchanges with J.D. Hamilton and A. Roberts re status of October 2013 monthly operating reports, U.S. Trustee fees | 0.30 | $66.00 |
| 12/06/2013 | AMA | Review, revise October 2013 monthly operating reports for all debtors; multiple email exchanges with A. Roberts re same | 1.90 | $418.00 |
| 12/09/2013 | PL | Finalize and file (6) October 2013 monthly operating reports; service of same; email excel documents to client | 0.70 | $63.00 |
| 12/23/2013 | AMA | Email to A. Roberts re November 2013 monthly operating reports and timing of cash collateral budgets | 0.10 | $22.00 |
| 12/27/2013 | AMA | Review, revise November 2013 monthly operating reports for all debtors; respond to emails from A. Roberts re same | 1.70 | $374.00 |
| 12/27/2013 | LDD | Update electronic correspondence | 0.30 | $118.50 |
| 12/30/2013 | AMA | Review certificates of service for November 2013 monthly operating reports for all debtors | 0.10 | $22.00 |
| 12/30/2013 | PL | Finalize and file (6) November 2013 monthly operating reports; service of same; email excel documents to client | 0.80 | $112.00 |
| 1/07/2014 | PL | Prepare updated master service list | 0.20 | $19.00 |
| 1/07/2014 | AMA | Attention to issues re updating master service list | 0.10 | $23.00 |
| 1/07/2014 | PL | Monitor pleadings, serve order, update electronic distribution list | 0.20 | $19.00 |
| 1/11/2014 | LDD | Update electronic correspondence re multiple emails through 1/10/14 | 0.50 | $197.50 |
| | | Sub Total: Case Administration | | $1,572.50 |

**Claims Administration and Objections**

| 12/03/2013 | AMA | Conference with L. D. DelCotto regarding SBA counsel/conflict issue | 0.20 | $44.00 |
|---|---|---|---|---|
| 12/03/2013 | LDD | Conference with A. Adams regarding SBA counsel/conflict issue | 0.20 | $79.00 |
| 12/04/2013 | AMA | Review information from Stoll Keenon Ogden re pre- and postpetition claims; respond to emails from A. Roberts and J.D. Hamilton re same | 0.30 | $66.00 |
| 12/04/2013 | LDD | Email to K. Ryan regarding information on J.D. Hamilton's amount all in | 0.20 | $79.00 |
| 12/13/2013 | AMA | Email exchange with BB&T counsel re credit card | 0.10 | $22.00 |
| 12/16/2013 | AMA | Review and analyze multiple documents re BB&T credit card and related issues | 1.40 | $308.00 |
| 12/20/2013 | LDD | Email from BB&T counsel regarding agreement on claims | 0.20 | $79.00 |
| 12/20/2013 | LDD | Conference with A. Adams; email to M. Tucker; D. Hall; V. Smith regarding L. Thompson - sale of claim | 0.80 | $316.00 |
| 12/20/2013 | AMA | Telephone call from and email exchange with L. Thompson re sale of BB&T claim (.2); follow-up conferences with L. D. DelCotto, telephone calls to D. Hall and V. Smith re same (.6); telephone calls to and from J.D. Hamilton re same (.5); telephone call with K. Ryan re same (.3) | 1.60 | $352.00 |
| 12/23/2013 | AMA | Email exchanges with M. Tucker and E. Thompson re transfer of BB&T claim to C&I Solutions, request for related documents; email to J.D. Hamilton re same | 0.20 | $44.00 |
| 12/23/2013 | AMA | Email to J.D. Hamilton and A. Roberts re C&I Solutions inquiry about BB&T claim balance | 0.10 | $22.00 |
| 12/23/2013 | LDD | Email regarding claim transfer paperwork | 0.20 | $79.00 |
| 12/26/2013 | AMA | Telephone call from C. Robertson re BB&T claim amount; follow-up email to A. Roberts and J.D. Hamilton re same | 0.20 | $44.00 |
| 12/27/2013 | AMA | Email to J.D. Hamilton and A. Roberts re BB&T claim amount | 0.10 | $22.00 |
| 12/30/2013 | AMA | Review information from A. Roberts re BB&T claim amount | 0.20 | $44.00 |
| 12/31/2013 | AMA | Review notice of transfer of BB&T claim; email to J.D. Hamilton re same | 0.10 | $22.00 |
| 12/31/2013 | LDD | Research default interest rate issues and emails regarding same; download cases | 1.50 | $592.50 |

| 1/05/2014 | LDD | Research default interest rate, cases and proof/issues, C&I Solutions and BB&T | 5.00 | $1,975.00 |
| 1/08/2014 | AMA | Telephone call from V. Smith re Corps concerns with transfer of BB&T claim | 0.20 | $46.00 |
| 1/08/2014 | LDD | Attention to electronic correspondence and email regarding M. Tucker - withdrawal | 0.10 | $39.50 |
| 1/08/2014 | AMA | Review Frost Brown Todd motion to withdraw as BB&T counsel; email to J.D. Hamilton re same | 0.20 | $46.00 |
| | | Sub Total: Claims Administration and Objections | | $4,321.00 |

**Fee/Employment Applications**

| 12/02/2013 | LDD | Review and revise time entries for DLG fourth interim fee application | 0.20 | $79.00 |
| 12/04/2013 | LDD | Review and revise DLG fourth interim fee application/invoice/task codes | 0.30 | $118.50 |
| 12/04/2013 | AMA | Drafting of fourth DLG interim fee application, notice, and proposed order | 0.40 | $88.00 |
| 12/04/2013 | AMA | Review, revise August to November invoices for fee application | 0.40 | $88.00 |
| 12/05/2013 | AMA | Continue drafting of DLG fourth interim fee application, notice, and proposed order; email to J.D. Hamilton re same | 2.20 | $484.00 |
| 12/06/2013 | BU | Monitor and maintain electronic pleadings - notice of fourth interim fee application | 0.10 | $9.00 |
| 12/06/2013 | LDD | Conference with A. Adams regarding filing of fee application | 0.10 | $39.50 |
| 12/06/2013 | PL | Filing of DLG fourth interim fee application, proposed order and notice; serve notice | 0.20 | $18.00 |
| 12/06/2013 | PL | Review and finalize fee application and exhibits | 0.20 | $28.00 |
| 12/13/2013 | AMA | Respond to email from A. Quinn re Smith Currie fee application | 0.10 | $22.00 |
| 12/18/2013 | AMA | Email to S. Horn re Radwan Brown fourth fee application | 0.10 | $22.00 |
| 12/31/2013 | AMA | Email to S. Horn re Radwan Brown fourth fee application | 0.20 | $44.00 |
| 1/02/2014 | AMA | Email from S. Horn re Radwan Brown fee application | 0.10 | $23.00 |
| 1/03/2014 | PL | Serve entered order re DLG fourth interim fee application | 0.20 | $19.00 |

| 1/03/2014 | AMA | Review, revise certificate of service re order approving DLG fee application | 0.10 | $23.00 |
| 1/07/2014 | AMA | Review, revise December invoice for fee application | 0.30 | $69.00 |
| 1/10/2014 | LDD | Review and revise task code categories | 0.20 | $79.00 |
| 1/13/2014 | BU | Prepare and file certificate of service re order approving DLG fee application | 0.20 | $19.00 |
| 1/17/2014 | AMA | Attention to issues re preparing DLG professional fee application following entry of confirmation order | 0.10 | $23.00 |
| 1/17/2014 | AMA | Email to S. Horn re plan confirmation, information needed for final Radwan Brown fee application | 0.10 | $23.00 |
| 1/17/2014 | LDD | Attention to electronic correspondence re final fee applications - all professionals | 0.10 | $39.50 |

Sub Total: Fee/Employment Applications $1,357.50

**Financing**

| 12/03/2013 | LDD | Conference with A. Adams regarding possible refinance information | 0.20 | $79.00 |
| 12/03/2013 | AMA | Review twentieth cash collateral budget; email exchanges with A. Roberts and J.D. Hamilton re finalizing same; email to M. Tucker re same, proposed order | 0.30 | $66.00 |
| 12/04/2013 | AMA | Respond to email from J.D. Hamilton re extension of CTB financing commitment | 0.10 | $22.00 |
| 12/04/2013 | AMA | Email to CTB counsel re continuance of DIP financing and confirmation hearings | 0.10 | $22.00 |
| 12/06/2013 | PL | Tender cash collateral order | 0.10 | $9.00 |
| 12/06/2013 | LDD | Telephone conference with T. Rauley, V. Smith; telephone call to L. Thompson | 0.40 | $158.00 |
| 12/06/2013 | AMA | Email to J.D. Hamilton and A. Roberts re BB&T approval of cash collateral budget and order | 0.10 | $22.00 |
| 12/09/2013 | BU | Prepare and file certificate of service re order of interim use of cash collateral | 0.20 | $18.00 |
| 12/10/2013 | AMA | Review, revise extended DIP financing commitment letter; respond to email from J.D. Hamilton re same | 0.30 | $66.00 |
| 12/12/2013 | AMA | Telephone call from J.D. Hamilton re extending commitment period on DIP financing; drafting of language re same; email exchange with J.D. Hamilton re same | 0.30 | $66.00 |

| Date | | Description | | |
|------|------|-------------|------|------|
| 12/27/2013 | AMA | Drafting of twenty-first cash collateral order | 0.30 | $66.00 |
| 12/27/2013 | AMA | Revise response to objections to DIP financing motion | 0.50 | $110.00 |
| 12/30/2013 | AMA | Review letter with Community Trust Bank extending commitment period for postpetition financing; respond to email from J.D. Hamilton re same | 0.10 | $22.00 |
| 12/30/2013 | LDD | Review proposed stipulations and suggested changes regarding exit financing, pending objections | 0.30 | $118.50 |
| 12/31/2013 | AMA | Review, revise cash collateral budget; respond to email from J.D. Hamilton re same | 0.30 | $66.00 |
| 12/31/2013 | AMA | Review notice of withdrawal of objections filed by United States; email exchange with J.D. Hamilton re same | 0.20 | $44.00 |
| 1/02/2014 | AMA | Continue drafting of and revising response to objections to DIP financing motion | 2.70 | $621.00 |
| 1/03/2014 | AMA | Continue drafting of and revising response to objections to DIP financing motion; conferences with L. D. DelCotto re same; email to J.D. Hamilton re same | 1.90 | $437.00 |
| 1/03/2014 | AMA | Email exchange with J.D. Hamilton re cash collateral budget and order | 0.10 | $23.00 |
| 1/03/2014 | LDD | Research priming lien/DIP loan in connection with confirmation/exit financing | 1.50 | $592.50 |
| 1/03/2014 | LDD | Review and revise draft response to BB&T DIP loan objection; conference with A. Adams regarding same/suggested changes | 0.80 | $316.00 |
| 1/04/2014 | LDD | Further research re exit financing in context of contested confirmation hearing/priming issues/challenge | 3.50 | $1,382.50 |
| 1/06/2014 | AMA | Email to J.D. Hamilton and A. Roberts re finalizing cash collateral budget | 0.10 | $23.00 |
| 1/08/2014 | AMA | Email to C. Robertson re follow-up on C&I Solutions' review of cash collateral budget and order | 0.10 | $23.00 |
| 1/10/2014 | AMA | Email to C. Robertson re status of C&I Solutions' approval of cash collateral budget and order; follow-up telephone call to C. Robertson re same | 0.20 | $46.00 |
| 1/10/2014 | PL | Tender cash collateral proposed order | 0.10 | $9.50 |
| 1/10/2014 | AMA | Respond to email from A. Roberts re postpetition financing expenses | 0.10 | $23.00 |
| 1/13/2014 | AMA | Revise proposed order granting postpetition financing | 0.50 | $115.00 |

|  |  | motion to incorporate agreements with SBA and C&I Solutions; email exchanges with and telephone call to (left message for) N. Damron re Community Trust review of same |  |  |
|---|---|---|---|---|
| 1/13/2014 | LDD | Attention to electronic correspondence drafts of CTB/financing order, stipulations to support same | 0.20 | $79.00 |
| 1/14/2014 | AMA | Respond to email from N. Damron re CTB review of proposed order granting financing motion, hearing on motion | 0.10 | $23.00 |
| 1/14/2014 | AMA | Review, revise consolidated certificate of service re twenty-first cash collateral order and agreed order with C&I Solutions regarding plan confirmation deadlines | 0.10 | $23.00 |
| 1/14/2014 | AMA | Emails to C. Robertson and B. Bovee re C&I and SBA review of proposed order granting postpetition financing motion | 0.10 | $23.00 |
| 1/14/2014 | BU | Prepare and file consolidated certificate of service re twenty-first cash collateral order and agreed order with C&I Solutions regarding plan confirmation deadlines | 0.20 | $19.00 |
| 1/14/2014 | LDD | Review financing order draft | 0.20 | $79.00 |
| 1/15/2014 | AMA | Email exchange with C. Robertson re payment of January adequate protection payment to C&I Solutions; follow-up email exchange with A. Roberts and J.D. Hamilton re same | 0.20 | $46.00 |
| 1/15/2014 | AMA | Finalize and file proposed order granting financing motion | 0.30 | $69.00 |
| 1/15/2014 | AMA | Email exchange with N. Damron re hearing to consider postpetition financing motion | 0.10 | $23.00 |
| 1/15/2014 | AMA | Conference with L. D. DelCotto regarding exit financing order/C&I Solutions | 0.20 | $46.00 |
| 1/15/2014 | LDD | Conference with A. Adams regarding exit financing order/C&I Solutions and attention to drafts of orders/emails re same | 0.20 | $79.00 |
| 1/16/2014 | AMA | Respond to email from A. Roberts re cash collateral budgets | 0.10 | $23.00 |
| 1/16/2014 | AMA | Email to N. Damron and D. Franklin re court approval of postpetition financing | 0.10 | $23.00 |
| 1/16/2014 | LDD | Attention to electronic correspondence regarding cash collateral/logistics and payments | 0.10 | $39.50 |
| 1/17/2014 | PL | Maintain electronic pleadings re hearings | 0.10 | $9.50 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub Total: Financing | | $5,170.00 |

**Litigation**

| 12/04/2013 | AMA | Review pleadings re appeal of Corps claim | 0.50 | $110.00 |

**Plan and Disclosure Statement**

| 12/01/2013 | LDD | Research plan confirmation - contested issues with BB&T and SBA and interest rate/term/balloon term | 5.50 | $2,172.50 |
| 12/02/2013 | AMA | Drafting of notice to slip rental customers of continued confirmation hearing and continued DIP financing hearing (.3); email exchange with J.D. Hamilton re same (.1); attention to issues re service of same, order continuing hearings, on all creditors and slip rental customers (.3) | 0.70 | $154.00 |
| 12/02/2013 | AMA | Email exchange with J.D. Hamilton re extension of voting exclusivity | 0.10 | $22.00 |
| 12/02/2013 | AMA | Conference with L. D. DelCotto re preparing for confirmation and DIP financing hearings, preliminary issues, and related matters | 0.50 | $110.00 |
| 12/02/2013 | AMA | Telephone call from J.D. Hamilton re plan negotiations, meetings with BB&T and SBA, related issues | 0.50 | $110.00 |
| 12/02/2013 | AMA | Telephone call from J.D. Hamilton and A. Anderson re SKRECC plan ballot | 0.20 | $44.00 |
| 12/02/2013 | AMA | Respond to emails from V. Smith re meetings with BB&T and SBA and follow-up email exchange with J.D. Hamilton re same (.2); conference with L. D. DelCotto re same (.3) | 0.50 | $110.00 |
| 12/02/2013 | AMA | Email exchanges with M. Tucker and J.D. Hamilton re meeting with BB&T and information requested (.2); follow-up telephone call to (left message for) M. Tucker re same (.1) | 0.30 | $66.00 |
| 12/02/2013 | AMA | Telephone call from D. Romaine re Stoll Keenon Ogden plan ballot | 0.10 | $22.00 |
| 12/02/2013 | AMA | Email exchanges with J.D. Hamilton and A. Saltman re meeting with BB&T; attention to issues re video conferencing with A. Saltman re same | 0.30 | $66.00 |
| 12/02/2013 | AMA | Review all ballots received to date; review, revise summary of same; analyze for accepting classes; email exchange with and telephone call from J.D. Hamilton re same | 1.10 | $242.00 |
| 12/02/2013 | LDD | Email to W. Harned regarding research needed - judicial notice on rate | 0.20 | $79.00 |

| | | | | |
|---|---|---|---|---|
| 12/02/2013 | LDD | Conference with A. Adams regarding strategy for bank meeting and overall plan treatment issues/possible incentive-based idea for lawsuit proceeds | 0.30 | $118.50 |
| 12/02/2013 | LDD | Continued research - Till issues (prorated) | 1.50 | $592.50 |
| 12/02/2013 | PL | Emails to creditors re incomplete ballots received and information needed; receive and chart ballots | 0.50 | $70.00 |
| 12/02/2013 | PL | Serve entered order re continued confirmation/financing hearing | 0.10 | $9.00 |
| 12/02/2013 | PL | Review, finalize and tender revised proposed order to court re confirmation hearing | 0.20 | $18.00 |
| 12/03/2013 | AMA | Telephone call from M. Goss re SKRECC questions about plan | 0.20 | $44.00 |
| 12/03/2013 | AMA | Telephone call from M. Tucker re BB&T meeting to discuss plan, related SBA issues (.3); follow-up telephone call to V. Smith re same (.4); follow-up telephone conference with M. Tucker and V. Smith re same (.2); conferences with L. D. DelCotto re same (.3) | 1.20 | $264.00 |
| 12/03/2013 | AMA | Drafting of second motion to extend exclusive voting solicitation period and related proposed order | 0.90 | $198.00 |
| 12/03/2013 | AMA | Respond to email from M. Tucker re plan projections | 0.10 | $22.00 |
| 12/03/2013 | AMA | Telephone conference with K. Ryan and L. D. DelCotto re meetings with lenders to discuss plan, related issues (.4); follow-up telephone conference with same and J.D. Hamilton re same (1.6) | 2.00 | $440.00 |
| 12/03/2013 | AMA | Email to V. Smith re scheduling meeting with SBA and SCORE team | 0.10 | $22.00 |
| 12/03/2013 | AMA | Review, revise certificate of service re agreed order continuing confirmation and DIP financing hearings; attention to related service issues and conference with L. D. DelCotto re same | 0.40 | $88.00 |
| 12/03/2013 | AMA | Email exchange with A. Saltman re meeting with BB&T | 0.10 | $22.00 |
| 12/03/2013 | AMA | Respond to email from J.D. Hamilton re balloting issues | 0.10 | $22.00 |
| 12/03/2013 | BU | Meeting with L. D. DelCotto regarding research and court binder for plan confirmation | 0.30 | $27.00 |
| 12/03/2013 | BU | Drafting of confirmation plan information | 1.00 | $90.00 |
| 12/03/2013 | BU | Prepare and file certificate of service re agreed order and notice of rescheduling plan confirmation hearing | 0.20 | $18.00 |
| 12/03/2013 | LDD | Conference with A. Adams regarding mass mailing on | 0.20 | $79.00 |

notice to customers

| 12/03/2013 | LDD | Conference with B. Underwood regarding research on contested confirmation and preparing hearing notebook on all elements | 0.30 | $118.50 |
|---|---|---|---|---|
| 12/03/2013 | LDD | Conference call with K. Ryan, J.D. Hamilton regarding Thursday meeting with BB&T/SBA strategy on information; with A. Adams prior to call | 2.00 | $790.00 |
| 12/03/2013 | PL | Review ballots received and add to chart; telephone call from attorney Goetz re ballot | 0.30 | $42.00 |
| 12/03/2013 | PL | Respond to email from creditor and email plan and disclosure statement per request; receive and chart ballots; email up-to-date chart of ballots to client | 0.50 | $70.00 |
| 12/04/2013 | AMA | Telephone call from J.D. Hamilton re planning for meetings with BB&T and SBA; respond to emails from J.D. Hamilton re same | 0.30 | $66.00 |
| 12/04/2013 | AMA | Review additional ballots received; update chart of same; analyze for plan acceptance requirements re confirmation; multiple email exchanges with J.D. Hamilton re same; attention to related issues, outstanding ballots | 1.00 | $220.00 |
| 12/04/2013 | BU | Review ballots and update spreadsheet | 0.20 | $18.00 |
| 12/04/2013 | LDD | Email to J.D. Hamilton information on plan/rate and term/paying "present value" of claim and review of same | 0.50 | $197.50 |
| 12/04/2013 | PL | Review and chart ballots received | 0.20 | $28.00 |
| 12/04/2013 | PL | Email to creditor, Cumberland Electric, re additional information needed on ballot | 0.10 | $14.00 |
| 12/05/2013 | AMA | Telephone call to V. Smith and B. Bovee re meeting with SBA on plan, related issues | 0.40 | $88.00 |
| 12/05/2013 | AMA | Revise and finalize motion to extend exclusive solicitation period and proposed order | 0.40 | $88.00 |
| 12/05/2013 | AMA | Meeting with J.D. Hamilton, L. D. DelCotto, BB&T, and SBA re plan issues; follow-up meeting with J.D. Hamilton re same | 3.00 | $660.00 |
| 12/05/2013 | AMA | Email to J.D. Hamilton re meeting with SBA on plan and follow-up telephone calls to and from J.D. Hamilton re same (.6); follow-up conference with L. D. DelCotto re same (.2) | 0.80 | $176.00 |
| 12/05/2013 | BU | Drafting of confirmation plan/research | 2.00 | $180.00 |
| 12/05/2013 | JEW | Setup presentation equipment for meeting | 0.10 | $14.00 |

| | | | | |
|---|---|---|---|---|
| 12/05/2013 | LDD | Meeting with creditors and counsel; with J.D. Hamilton; additional follow-up call with J.D. Hamilton | 3.00 | $1,185.00 |
| 12/05/2013 | PL | Revise ballot chart, add new information | 0.10 | $14.00 |
| 12/05/2013 | PL | Finalize and file motion to extend exclusivity and related proposed order | 0.20 | $18.00 |
| 12/06/2013 | AMA | Review ballots received; update tracking spreadsheet re same, voting totals | 0.30 | $66.00 |
| 12/06/2013 | AMA | Conference with L. D. DelCotto re plan formulation issues, projections | 0.30 | $66.00 |
| 12/06/2013 | AMA | Review, revise plan projections | 0.20 | $44.00 |
| 12/06/2013 | AMA | Telephone call from J.D. Hamilton re follow-up on meeting with BB&T and SBA, next steps | 0.70 | $154.00 |
| 12/06/2013 | AMA | Email exchanges with counsel for BB&T and SBA re projections, financial statements, information for next meeting | 0.20 | $44.00 |
| 12/06/2013 | LDD | Conference with A. Adams regarding projections/edits to same | 0.30 | $118.50 |
| 12/07/2013 | LDD | Research additional cases on cramdown (prorated) | 6.00 | $2,370.00 |
| 12/09/2013 | AMA | Return telephone call to J.D. Hamilton re confirmation issues, preparation for meeting with BB&T and SBA, related matters (.8); follow-up conference with L. D. DelCotto re same (.2) | 1.00 | $220.00 |
| 12/09/2013 | AMA | Continue to review, revise plan projections; email to J.D. Hamilton re same | 1.40 | $308.00 |
| 12/09/2013 | LDD | Conference with A. Adams regarding projections and bank/SBA meeting; emails on same and review | 0.30 | $118.50 |
| 12/09/2013 | LDD | Research additional cases regarding Till, American Home Patient | 4.50 | $1,777.50 |
| 12/09/2013 | LDD | Conference with possible witness issues/needs - J.D. Hamilton and other witnesses | 0.50 | $197.50 |
| 12/10/2013 | AMA | Telephone call from J.D. Hamilton re revised projections, confirmation matters, and related issues (.5); review, revise updated projections for meeting with BB&T and SBA (.2) | 0.70 | $154.00 |
| 12/10/2013 | AMA | Review article on economic return of Lake Cumberland; email to J.D. Hamilton and L. D. DelCotto re same | 0.20 | $44.00 |
| 12/10/2013 | AMA | Attention to exhibits and pleadings re preparation for | 0.20 | $44.00 |

confirmation hearing

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/2013 | AMA | Drafting of first amended plan | 0.90 | $198.00 |
| 12/10/2013 | AMA | Meeting with BB&T and SBA, J.D. Hamilton, and L. D. DelCotto re plan negotiations; follow-up conference with J.D. Hamilton re same | 1.80 | $396.00 |
| 12/10/2013 | AMA | Email exchange with M. Tucker re meeting with BB&T and SBA | 0.10 | $22.00 |
| 12/10/2013 | AMA | Conference with L. D. DelCotto re revising plan projections; revise plan projections accordingly; email to J.D. Hamilton re same | 0.50 | $110.00 |
| 12/10/2013 | LDD | Conference with W. Harned regarding evidence/public records | 0.30 | $118.50 |
| 12/10/2013 | LDD | Meeting with BB&T and SBA representatives; follow-up telephone call with J.D. Hamilton | 1.80 | $711.00 |
| 12/10/2013 | LDD | Review and revise edits and additions - evidence outlines and research memos/issues for cramdown | 2.50 | $987.50 |
| 12/10/2013 | LDD | Email to P. Lickert, A. Adams re new subpoena forms if contested hearing | 0.20 | $79.00 |
| 12/10/2013 | LDD | Email exhibits - Lake Cumberland information | 0.20 | $79.00 |
| 12/10/2013 | PL | Review entered agreed order re continued hearing, remove prior deadlines and dates, add new dates and deadlines | 0.30 | $42.00 |
| 12/10/2013 | WH | Research re judicial notice and introducing evidence re interest rates; conference with L. D. DelCotto re research and issue re judicial notice | 2.40 | $468.00 |
| 12/11/2013 | AMA | Conference with L. D. DelCotto re plan confirmation, revising projections; follow-up email to J.D. Hamilton re same | 0.20 | $44.00 |
| 12/11/2013 | AMA | Email to BB&T and SBA counsel re call to discuss revised projections | 0.10 | $22.00 |
| 12/11/2013 | WH | Revise memorandum to L. D. DelCotto re judicial notice of interest rates on a website and report of governmental agency; research re same | 0.40 | $78.00 |
| 12/12/2013 | AMA | Telephone call from J.D. Hamilton re revising plan projections, potential plan treatment proposals, related issues | 0.60 | $132.00 |
| 12/12/2013 | AMA | Telephone conference with J.D. Hamilton and A. Roberts re revised projections, plan treatments and follow-up conference with L. D. DelCotto re same (.5); review and | 1.10 | $242.00 |

|  |  | analyze revised projections and respond to email from A. Roberts re same (.6) |  |  |
|---|---|---|---|---|
| 12/12/2013 | LDD | Conference with A. Adams regarding update on projections analysis and timeline for transmitting to bank and SBA | 0.20 | $79.00 |
| 12/13/2013 | AMA | Continue to review and revise amended projections, calculate plan payments; email exchange with A. Roberts re same; email final version to BB&T and SBA counsel | 0.80 | $176.00 |
| 12/13/2013 | AMA | Telephone calls to and from J.D. Hamilton and A. Roberts re revised projections, related issues | 0.70 | $154.00 |
| 12/13/2013 | AMA | Telephone conferences with counsel for BB&T and SBA re plan issues (1.0); telephone calls with J.D. Hamilton re same (1.3); analysis of related issues and conference with L. D. DelCotto re same (.7) | 3.00 | $660.00 |
| 12/13/2013 | LDD | Conference with A. Adams - projections issues; conference call with J.D. Hamilton; with BB&T and SBA counsel (portion of call) | 0.50 | $197.50 |
| 12/16/2013 | AMA | Telephone call to D. Hall re follow up on plan discussions | 0.10 | $22.00 |
| 12/16/2013 | LDD | Email to J.D. Hamilton, K. Ryan regarding BB&T plan/exit lending cap | 0.20 | $79.00 |
| 12/17/2013 | AMA | Research law on confirmation evidence; revise and update witness and exhibit lists; attention to exhibit information needed | 1.00 | $220.00 |
| 12/17/2013 | AMA | Analyze potential issues re cramdown/SBA; research law re same; draft memorandum re same; email to J.D. Hamilton re same | 1.70 | $374.00 |
| 12/17/2013 | AMA | Research on SBA loan procedures, confirmation issues | 0.30 | $66.00 |
| 12/17/2013 | AMA | Telephone call from J.D. Hamilton re plan negotiations, related matters | 0.40 | $88.00 |
| 12/17/2013 | AMA | Multiple emails from J.D. Hamilton re plan negotiations, related matters | 0.20 | $44.00 |
| 12/17/2013 | LDD | Email to V. Smith and B. Bovee re SBA plan update | 0.20 | $79.00 |
| 12/18/2013 | AMA | Telephone conference with M. Tucker and L. D. DelCotto re plan treatment issues; email exchanges with M. Tucker and D. Hall re same | 0.40 | $88.00 |
| 12/18/2013 | AMA | Revise and continue drafting of lists of witnesses and exhibits for confirmation hearing (.5); conferences with L. D. DelCotto re same, related confirmation issues (.4); email and telephone call to J.D. Hamilton re review of same, confirmation deadlines (.5) | 1.40 | $308.00 |

| | | | | |
|---|---|---|---|---|
| 12/18/2013 | AMA | Email to and telephone call from K. Ryan re plan negotiation status | 0.30 | $66.00 |
| 12/18/2013 | AMA | Telephone conference with L. D. DelCotto and V. Smith re plan negotiations | 0.40 | $88.00 |
| 12/18/2013 | AMA | Telephone conferences with L. D. DelCotto and J.D. Hamilton re plan negotiations | 0.80 | $176.00 |
| 12/18/2013 | LDD | Conference call with M. Tucker, A. Adams; A. Adams and J.D. Hamilton regarding plan treatment; conference with A. Adams regarding exit financing and usage of funds solely for dock move/property and possible consensual plan vs. contested hearing; emails (multiple) regarding same | 1.50 | $592.50 |
| 12/19/2013 | AMA | Research law on discovery and subpoena issues re plan confirmation | 1.10 | $242.00 |
| 12/19/2013 | AMA | Emails and multiple telephone calls to and from J.D. Hamilton re plan negotiations (2.2); follow-up telephone calls with M. Tucker, V. Smith, and B. Bovee re same (.9); conferences with L. D. DelCotto re same (.8) | 3.90 | $858.00 |
| 12/19/2013 | AMA | Respond to email from K. Ryan re plan negotiations | 0.10 | $22.00 |
| 12/19/2013 | LDD | Conference with A. Adams regarding exit financing/use of funds if no agreement; regarding ongoing negotiations with SBA and BB&T | 0.80 | $316.00 |
| 12/20/2013 | AMA | Analyze options for memorializing consensual plan treatment; drafting confirmation order and notice of effective date, revise postpetition financing order re same; drafting of report of ballots; conference with L. D. DelCotto re same; email to J.D. Hamilton re same | 2.70 | $594.00 |
| 12/20/2013 | AMA | Respond to email from M. Tucker re consensual plan terms; email to J.D. Hamilton re same | 0.20 | $44.00 |
| 12/20/2013 | AMA | Prepare for and attend hearing on motion to extend exclusive solicitation period | 0.50 | $110.00 |
| 12/20/2013 | LDD | Review and revise comments/edits on draft confirmation order and other pleadings | 0.50 | $197.50 |
| 12/23/2013 | AMA | Respond to emails from L. Thompson re draft confirmation order, BB&T claim amount | 0.10 | $22.00 |
| 12/23/2013 | AMA | Drafting of notice of plan treatment agreement with SBA (.6); multiple telephone calls from and email exchanges with J.D. Hamilton re same, related issues (1.2); telephone calls to and from and email exchanges with V. Smith and B. Bovee re same (.6); conferences with L. D. DelCotto re same, related issues (.2) | 2.60 | $572.00 |

| 12/23/2013 | AMA | Review, revise certificate of service re order granting motion to extend voting exclusivity period | 0.10 | $22.00 |
| 12/23/2013 | AMA | Meeting with L. Thompson, L. D. DelCotto, J.D. Hamilton, and K. Ryan re C&I Solutions purchase of BB&T note, plan treatment; follow-up conference with J.D. Hamilton re same | 2.50 | $550.00 |
| 12/23/2013 | BU | Prepare and file certificate of service re order granting motion to extend voting exclusivity period | 0.20 | $18.00 |
| 12/23/2013 | LDD | Meeting with L. Thompson regarding BB&T claim; telephone to M. Tucker prior to same; telephone call to D. Hall; follow-up meeting with K. Ryan and J.D. Hamilton | 2.50 | $987.50 |
| 12/23/2013 | LDD | Telephone conference with V. Smith and B. Bovee regarding SBA; review drafts with A. Adams regarding verifying SBA agreement/vote | 0.80 | $316.00 |
| 12/23/2013 | PL | Filing of notice re plan treatment | 0.10 | $9.00 |
| 12/23/2013 | PL | Serve entered order granting motion to extend exclusivity | 0.10 | $9.00 |
| 12/24/2013 | AMA | Emails from J.D. Hamilton re plan negotiation issues | 0.10 | $22.00 |
| 12/26/2013 | AMA | Email exchange with V. Smith re SBA ballot | 0.20 | $44.00 |
| 12/27/2013 | AMA | Attention to issues re balloting | 0.10 | $22.00 |
| 12/27/2013 | AMA | Return telephone call to J.D. Hamilton re plan issues, confirmation preparation and deadlines | 0.60 | $132.00 |
| 12/27/2013 | PL | Follow-up on email to Cumberland Electrical about their ballot and additional information needed | 0.10 | $14.00 |
| 12/30/2013 | AMA | Telephone call from L. Thompson re amount of BB&T claim, status of plan negotiations | 0.10 | $22.00 |
| 12/30/2013 | AMA | Revise joint stipulations for CTB loan and confirmation hearings and conference with L. D. DelCotto re same (.9); email to L. Thompson re same, related issues (.1) | 1.00 | $220.00 |
| 12/30/2013 | AMA | Telephone calls to and from V. Smith re SBA and Corps plan confirmation and postpetition financing issues (prorated) | 0.40 | $88.00 |
| 12/30/2013 | LDD | Telephone conference with J.D. Hamilton and A. Adams regarding C&I Solutions/strategy and plan treatment/SBA treatment | 1.00 | $395.00 |
| 12/30/2013 | AMA | Telephone call from J.D. Hamilton re confirmation issues | 0.40 | $88.00 |
| 12/30/2013 | AMA | Email exchange with L. Thompson re appraisals and joint stipulations (.1); follow-up email exchange with J.D. | 0.50 | $110.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Hamilton re same (.1); telephone call from J.D. Hamilton re same (.3) |  |  |
| 12/30/2013 | AMA | Telephone call from J.D. Hamilton, with L. D. DelCotto re plan negotiations, upcoming deadlines | 1.00 | $220.00 |
| 12/31/2013 | AMA | Analyze confirmation issues raised in email from J.D. Hamilton and respond to same | 0.40 | $88.00 |
| 12/31/2013 | AMA | Telephone calls to and from L. Thompson re C&I Solutions plan negotiations (.5); telephone calls with J.D. Hamilton re same (1.5) | 2.00 | $440.00 |
| 12/31/2013 | AMA | Telephone conference with J.D. Hamilton and potential expert witness re confirmation (.5); follow-up telephone conference with J.D. Hamilton re same, related issues (.3); conference with L. D. DelCotto re same (.2) | 1.00 | $220.00 |
| 12/31/2013 | LDD | Follow-up telephone conference with J.D. Hamilton re confirmation; conference with A. Adams re status and next steps | 0.50 | $197.50 |
| 1/02/2014 | AMA | Telephone calls to and from V. Smith and B. Bovee re SBA joinder in objection to motion to continue confirmation hearing, related issues | 0.20 | $46.00 |
| 1/02/2014 | AMA | Telephone calls to and from Chambers re paper copies of exhibits to be provided to court | 0.10 | $23.00 |
| 1/02/2014 | AMA | Telephone call from J.D. Hamilton re upcoming confirmation deadlines; respond to email from J.D. Hamilton re same | 0.40 | $92.00 |
| 1/02/2014 | AMA | Review C&I Solutions' motion to continue confirmation hearing and motion for expedited hearing on same (.2); drafting of objection to motion to continue hearing, conference with L. D. DelCotto re same, and email to and telephone calls to and from J.D. Hamilton re same (1.5) | 1.70 | $391.00 |
| 1/02/2014 | LDD | Review and revise objection and conference with A. Adams regarding same/shortened notice/C&I Solutions; email regarding SBA support documents to obtain | 1.20 | $474.00 |
| 1/02/2014 | LDD | Email regarding order, emergency hearing on 1/7/14 | 0.20 | $79.00 |
| 1/02/2014 | PL | Monitor and maintain electronic pleadings - motions/POC/order; finalize and file objection to motion to extend confirmation and DIP hearing | 0.30 | $28.50 |
| 1/03/2014 | AMA | Review documents for potential use as exhibits at confirmation and CTB loan hearing; revise exhibit list re same; revise and finalize related witness lists; email exchange and telephone calls with J.D. Hamilton re same; conferences with L. D. DelCotto re same, related issues | 4.10 | $943.00 |

| Date | | | | |
|---|---|---|---|---|
| 1/03/2014 | AMA | Conferences with L. D. DelCotto and W. Harned re service of subpoena on BB&T to obtain appraisals; review, revise subpoena and notice of intent to serve same | 0.50 | $115.00 |
| 1/03/2014 | AMA | Revise joint stipulations; email to L. Thompson re C&I Solutions' comments on same | 0.50 | $115.00 |
| 1/03/2014 | PL | Filing of notice of subpoena; service of same | 0.20 | $19.00 |
| 1/03/2014 | WH | Conference with L. D. DelCotto re preparing subpoena to BB&T regarding 2011, 2012, and 2013 appraisals of debtors' assets; research changes to FRCP 45 and forms for subpoena duces tecum in bankruptcy contested matter; prepare subpoena to BB&T; drafting notice of intent to serve subpoena; conference with L. D. DelCotto re same; conference with A. Adams re changes to notice of intent to serve subpoena and subpoena; prepare subpoena for service | 2.60 | $598.00 |
| 1/03/2014 | AMA | Telephone conferences with E. Thompson re plan negotiations, related matters (.6); telephone calls to J.D. Hamilton re same, related matters (.5); follow-up emails to J.D. Hamilton and E. Thompson, C. Robertson re same (.3) | 1.40 | $322.00 |
| 1/03/2014 | LDD | Conference with A. Adams and W. Harned regarding subpoenas for BB&T for appraisals | 0.30 | $118.50 |
| 1/03/2014 | LDD | Conference call with A. Adams, J.D. Hamilton regarding exhibits due 1/6/14 | 0.80 | $316.00 |
| 1/06/2014 | AMA | Review additional exhibits and revise exhibit list to incorporate same | 0.40 | $92.00 |
| 1/06/2014 | AMA | Revise joint stipulations into debtors' proposed stipulations | 0.40 | $92.00 |
| 1/06/2014 | AMA | Respond to email from V. Smith re SBA ballot; review ballot and update chart of ballots and report of ballots to incorporate same; email to J.D. Hamilton re same | 0.30 | $69.00 |
| 1/06/2014 | LDD | Conference with A. Adams; A. Adams and J.D. Hamilton regarding agreed plan treatment and regarding C&I Solutions and BB&T | 1.50 | $592.50 |
| 1/06/2014 | AMA | Drafting of agreed order resolving pre-hearing deadlines re confirmation and financing motion; revising same to accommodate ongoing negotiation issues; email exchanges with V. Smith and C. Robertson re same | 0.80 | $184.00 |
| 1/06/2014 | AMA | Review, revise draft confirmation order and notice of agreed C&I Solutions' plan treatment received from C. Robertson (.5); email exchanges and telephone calls with C. Robertson re same (.7); telephone conference with L. D. DelCotto re same (.2); telephone conference with J.D. | 1.70 | $391.00 |

Hamilton re same (.3)

| | | | | |
|---|---|---|---|---|
| 1/06/2014 | AMA | Conferences with L. D. DelCotto re confirmation issues (.3); telephone call with L. D. DelCotto and J.D. Hamilton re same (1.1); telephone call from J.D. Hamilton re same (.4); email to J.D. Hamilton re same (.2) | 2.00 | $460.00 |
| 1/06/2014 | LDD | Email regarding SBA ballot | 0.10 | $39.50 |
| 1/06/2014 | LDD | Conference with A. Adams regarding agreement/tendering agreed order to excuse from today's deadlines regarding plan; review draft of same and comments on same; follow-up telephone call regarding C&I Solutions motion | 0.80 | $316.00 |
| 1/06/2014 | PL | Finalize and file proposed agreed order | 0.10 | $9.50 |
| 1/06/2014 | WH | Email from A. Adams re revising proof of service of subpoena to BB&T; revise proof of service of subpoena to BB&T and incorporate same into final executed subpoena with completed proof of service | 0.30 | $69.00 |
| 1/07/2014 | AMA | Review updated plan projections and prepare same for use as exhibit; email exchange with A. Roberts re same | 0.40 | $92.00 |
| 1/07/2014 | AMA | Review, revise certificate of service re agreed order resolving pre-hearing deadlines relating to hearing on plan confirmation and financing motion | 0.10 | $23.00 |
| 1/07/2014 | AMA | Analyze potential options for addressing remaining confirmation issues; drafting of email to J.D. Hamilton re same | 0.70 | $161.00 |
| 1/07/2014 | AMA | Telephone call from C. Robertson re plan issues, agreed order re confirmation deadlines | 0.10 | $23.00 |
| 1/07/2014 | AMA | Attendance at hearing on C&I Solutions' motion to continue confirmation, pre- and post-hearing conferences with C. Robertson, and pre-hearing telephone call to M. Tucker (1.4); conferences with L. D. DelCotto re same, related issues (.4) conference with D. Langdon re pending confirmation issues (.2) | 2.00 | $460.00 |
| 1/07/2014 | BU | Prepare and file certificate of service re agreed order resolving pre-hearing deadlines relating to hearing on plan confirmation and financing motion | 0.20 | $19.00 |
| 1/07/2014 | DAL | Conference with A. Adams re pending confirmation issues | 0.20 | $67.00 |
| 1/07/2014 | LDD | Conference with A. Adams regarding strategy and option choices, to outline same for client; review/edits to draft and email regarding same, C&I Solutions and BB&T issues | 1.50 | $592.50 |
| 1/08/2014 | AMA | Telephone call to J.D. Hamilton re agreed order with C&I Solutions for confirmation deadlines, related issues; | 0.60 | $138.00 |

follow-up email to J.D. Hamilton re same

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/08/2014 | AMA | Return telephone call to C. Robertson re notice of agreed plan treatment | 0.20 | $46.00 |
| 1/08/2014 | AMA | Analyze options for potential remaining confirmation issues, related revisions to plan | 0.50 | $115.00 |
| 1/08/2014 | AMA | Review, revise, and finalize agreed order with C&I Solutions re confirmation and financing hearing deadlines (.4); conference with L. D. DelCotto re same (.1); telephone calls from and email to C. Robertson re same, plan negotiations (.2) | 0.70 | $161.00 |
| 1/08/2014 | LDD | Email regarding agreed order with C&I Solutions and review of same; conference with A. Adams on overall options and continuing issues; review/revise confirmation issues if contested/possible witness and exhibit issues/Till rate/evidence factors | 1.80 | $711.00 |
| 1/08/2014 | PL | Filing of certificate of service; review, finalize and file agreed order with C&I Solutions re confirmation | 0.30 | $28.50 |
| 1/09/2014 | AMA | Review and analyze appraisals received from BB&T; prepare same for use as exhibits; revise proposed stipulations to incorporate same, other updates; email exchange with J.D. Hamilton re same | 3.10 | $713.00 |
| 1/09/2014 | LDD | Review exhibit and witness list/final | 0.20 | $79.00 |
| 1/09/2014 | AMA | Review C&I Solutions' claim amount information received from C. Robertson (.6); email to and telephone calls with J.D. Hamilton re same (.4); telephone calls with C. Robertson re same (.3) | 1.30 | $299.00 |
| 1/09/2014 | AMA | Review, revise C&I Solutions' notice of agreed plan treatment, analyze related issues, conferences with L. D. DelCotto re same, telephone calls and email exchanges with J.D. Hamilton re same (2.4); return telephone call to C. Robertson re same, related issues (.1) | 2.50 | $575.00 |
| 1/09/2014 | AMA | Respond to email from M. Tucker re responding to subpoena | 0.10 | $23.00 |
| 1/09/2014 | LDD | Conference with A. Adams re language on C&I Solutions treatment and further possible resolutions on claim amount issues, language of same; conference call with A. Adams and J.D. Hamilton to discuss ongoing resolution of remaining issues | 0.80 | $316.00 |
| 1/10/2014 | AMA | Telephone calls and emails with J.D. Hamilton re plan negotiations | 1.00 | $230.00 |
| 1/10/2014 | AMA | Telephone call from J.D. Hamilton re final review of exhibits, related matters (1.0); attention to issues re filing | 1.30 | $299.00 |

of same, preparation of notebooks for court (.3)

| 1/10/2014 | AMA | Telephone call and email from C. Robertson re plan negotiations | 0.20 | $46.00 |
|---|---|---|---|---|
| 1/10/2014 | AMA | Review of final notice of agreed plan treatment with C&I Solutions; telephone call from and email to J.D. Hamilton re same; respond to email from C. Robertson re same | 0.30 | $69.00 |
| 1/10/2014 | AMA | Drafting of agreed order striking deadlines with C&I Solutions re confirmation and financing hearing (.4); telephone calls from and email exchange with C. Robertson re same (.1) | 0.50 | $115.00 |
| 1/10/2014 | AMA | Review, revise certificate of service re agreed order continuing and resetting confirmation and financing hearing deadlines | 0.10 | $23.00 |
| 1/10/2014 | BU | Prepare and file certificate of service re agreed order continuing and resetting confirmation and financing hearing deadlines | 0.20 | $19.00 |
| 1/10/2014 | LDD | Review drafts of stipulations/exhibits/witness issues and emails regarding same | 0.40 | $158.00 |
| 1/10/2014 | LDD | Conference with A. Adams; multiple emails regarding final language and agreement issues, tendering of agreed plan treatment and exhibits, etc. | 0.50 | $197.50 |
| 1/10/2014 | PL | Filing of notice re plan treatment; review, finalize and tender agreed order with C&I Solutions re deadlines; file numerous exhibits for hearing; monitor and maintain electronic pleadings | 1.60 | $152.00 |
| 1/13/2014 | AMA | Email to C. Robertson re C&I Solutions' review of draft confirmation order | 0.10 | $23.00 |
| 1/13/2014 | AMA | Review C&I Solutions' plan ballot; email exchange with C. Robertson re same | 0.10 | $23.00 |
| 1/13/2014 | AMA | Conference with L. D. DelCotto re confirmation hearing preparation | 0.30 | $69.00 |
| 1/13/2014 | AMA | Revise confirmation order to incorporate agreements with SBA and C&I Solutions; revise report of ballots re same; revise notice of confirmation and effective date; emails to C. Robertson and B. Bovee re C&I Solutions and SBA review of same | 0.60 | $138.00 |
| 1/13/2014 | LDD | Work on file overview - any other matters needed/confirmation hearing issues and hearing presentation/proffer and avowal of testimony; forward information to A. Adams regarding same | 0.80 | $316.00 |

| 1/13/2014 | LDD | Conference with A. Adams; emails regarding confirmation order | 0.30 | $118.50 |
| 1/14/2014 | AMA | Review, revise report of ballots; conferences with L. D. DelCotto and P. Lickert re same | 0.40 | $92.00 |
| 1/14/2014 | AMA | Telephone call from J.D. Hamilton re confirmation hearing, related issues | 0.40 | $92.00 |
| 1/14/2014 | LDD | Conference with A. Adams; review draft and comments re ballot report and filing of actual ballots | 0.30 | $118.50 |
| 1/14/2014 | PL | Work on chart of ballots; telephone call to court re filing of original ballots, advise A. Adams | 1.40 | $203.00 |
| 1/14/2014 | PL | Filing of report of ballots | 0.10 | $9.50 |
| 1/15/2014 | AMA | Telephone calls from B. Bovee re SBA review of confirmation order | 0.40 | $92.00 |
| 1/15/2014 | AMA | Prepare for confirmation and postpetition financing hearing; conferences with L. D. DelCotto re same | 2.70 | $621.00 |
| 1/15/2014 | AMA | Email exchange with and telephone call to (left message for) C. Robertson re C&I Solutions' review of proposed confirmation and postpetition financing orders | 0.20 | $46.00 |
| 1/15/2014 | AMA | Finalize and file proposed confirmation order | 0.30 | $69.00 |
| 1/15/2014 | LDD | Conference with A. Adams regarding SBA - possible last minute objection and preparation for possible contested hearing/elements affected regarding same and proof possibly needed | 1.20 | $474.00 |
| 1/16/2014 | AMA | Prepare for and attend hearing on plan confirmation, postpetition financing motion; follow-up conference with J.D. Hamilton re same | 1.20 | $276.00 |
| 1/16/2014 | LDD | Court appearance on plan confirmation and follow-up conference with J.D. Hamilton regarding same | 0.50 | $197.50 |
| 1/17/2014 | LDD | Attention to electronic correspondence re entered confirmation order and follow up items to do | 0.10 | $39.50 |
| 1/17/2014 | PL | Review and chart ballots received | 0.20 | $29.00 |
| 1/17/2014 | PL | Serve entered orders re cash collateral and confirmation/postpetition financing hearing | 0.10 | $9.50 |
| 1/17/2014 | AMA | Respond to emails from E. Nichols and A. Saltman re plan confirmation and postpetition financing hearing, final fee application, and related issues | 0.30 | $69.00 |
| 1/17/2014 | AMA | Review entered confirmation and postpetition financing orders; email to J.D. Hamilton and A. Roberts re same; | 0.30 | $69.00 |

|  |  | email to N. Damron and D. Franklin re entered order approving postpetition financing |  |  |
|---|---|---|---|---|
| 1/17/2014 | AMA | Revise notice of plan confirmation and effective date to incorporate entered confirmation order; attention to issues re service of same; email to A. Roberts re same | 0.80 | $184.00 |

| | Sub Total: Plan and Disclosure Statement | | | $44,875.00 |
|---|---|---|---|---|
| | For Professional Services Rendered | | 219.20 | $59,373.00 |

### Expenses

| | |
|---|---|
| Conference call(s) | $7.75 |
| Copies | $210.80 |
| Copies - Chase Legal Imaging | $109.46 |
| Electronic research | $366.41 |
| Federal Express | $65.61 |
| Pacer service center | $1.70 |
| Postage | $316.02 |
| Total Expenses | $1,077.75 |
| Total Amount of This Invoice | $60,450.75 |
| Previous Balance | $99,627.09 |

| 1/03/2014 | Apply Funds to AR | $-99,627.09 |
|---|---|---|
| | Total Payments and Credits | $-99,627.09 |
| | Balance Due | $60,450.75 |

### Phase Table

| Category | Hours | Fees |
|---|---|---|
| Asset Analysis and Recovery | 7.70 | $1,879.00 |
| Business Operations | 0.40 | $88.00 |
| Case Administration | 7.20 | $1,572.50 |
| Claims Administration and Objections | 13.10 | $4,321.00 |
| Expense | 0.00 | $0.00 |
| Fee/Employment Applications | 5.90 | $1,357.50 |
| Financing | 17.70 | $5,170.00 |
| Litigation | 0.50 | $110.00 |
| Plan and Disclosure Statement | 166.70 | $44,875.00 |

### Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|----------|-------------------|-------|------|------|
| AMA | Amelia M. Adams | 75.90 | $220.00 | $16,698.00 |
| AMA | Amelia M. Adams | 51.40 | $230.00 | $11,822.00 |
| BU | Beth Underwood | 4.40 | $90.00 | $396.00 |
| BU | Beth Underwood | 0.80 | $95.00 | $76.00 |
| DAL | Dean A. Langdon | 0.20 | $335.00 | $67.00 |
| JEW | Jennifer E. Wise | 0.10 | $140.00 | $14.00 |
| LDD | Laura Day DelCotto | 70.70 | $395.00 | $27,926.50 |
| PL | Pam Lickert | 1.80 | $90.00 | $162.00 |
| PL | Pam Lickert | 3.10 | $140.00 | $434.00 |
| PL | Pam Lickert | 3.50 | $95.00 | $332.50 |
| PL | Pam Lickert | 1.60 | $145.00 | $232.00 |
| WH | Wes Harned | 2.80 | $195.00 | $546.00 |
| WH | Wes Harned | 2.90 | $230.00 | $667.00 |

| | |
|---|---|
| Previous Balance of Escrow | $148,524.69 |
| 12/06/2013  Deposit | $20,000.00 |
| 1/03/2014  Apply Funds to AR | $-99,627.09 |
| 1/07/2014  Deposit | $20,000.00 |
| Balance of Escrow | $88,897.60 |