# Exhibit B

# Radwan, Brown & Company, PSC

### Certified Public Accountants

*2421 Members Way, P.O. Box 1485*

*Lexington, Kentucky 40588*
*Telephone - (859) 233-4146*
*Fax - (859) 231-7431*

LEE'S FORD MARINA, INC.
451 LEES FORD DOCK ROAD
NANCY, KY 42544

Invoice No.    39981
Date           01/17/2014
Client No.     4766

Professional services rendered for the period
ended January 17, 2014:                                    $      1,428.12

                                     Current Amount Due  $      1,428.12

**LEE'S FORD MARINA, INC.**
**RECAP OF BILLINGS**
**DETAILED FOR THE PERIOD AUGUST 1, 2013 - JANUARY 17, 2014**

| Service Desc | Last Name | Date | Hours | Amount Billed |
|---|---|---|---|---|
| Research taxation of damages and unitary creditor doctrine, communications with client | Horn | 8/13/2013 | 1.00 | $138.00 |
| Various communications with client | Horn | 8/15/2013 | 0.50 | $69.00 |
| Preparation and review of fee applications, complete disclosure statements | Horn | 8/19/2013 | 1.50 | $207.00 |
| Review tax implications of settlement and discussions with client regarding same | Horn | 8/21/2013 | 0.50 | $69.00 |
| Review tax implications of settlement and discussions with client regarding same | Horn | 8/26/2013 | 0.50 | $69.00 |
| Review documentation provided by Alan Saltman and calculation of taxes regarding same | Horn | 8/27/2013 | 0.50 | $69.00 |
| Review documentation provided by Alan Saltman and calculation of taxes regarding same | Horn | 8/29/2013 | 2.00 | $276.00 |
| Various tax projections and communications with client | Horn | 8/30/2013 | 1.50 | $207.00 |
| Various tax projections and communications with client | Horn | 9/3/2013 | 0.25 | $34.50 |
| Various communications with client | Horn | 9/4/2013 | 0.25 | $34.50 |
| Various communications with client | Horn | 9/13/2013 | 0.25 | $34.50 |
| Various communications with client | Horn | 10/16/2013 | 0.25 | $34.50 |
| Various communications with client | Horn | 12/19/2013 | 0.50 | $72.00 |
| Various communications with client | Horn | 1/2/2014 | 0.50 | $72.00 |
| Various communications with client | Horn | 1/17/2014 | 0.25 | $36.00 |
| **TOTAL HOURLY RATES SERVICES** | | | **10.25** | **$1,422.00** |
| | | | | |
| Fax/Telephone charges | | 8/25/2013 | | $5.00 |
| Postage | | 9/25/2013 | | $1.12 |
| **TOTAL SUPPLIES/POSTAGE/TELEPHONE/TRAVEL** | | | | **$6.12** |
| | | | | |
| **GRAND TOTAL OF BILLINGS** | | | | **$1,428.12** |

# Radwan, Brown & Company, PSC
## Certified Public Accountants
P. O. Box 1485
Lexington, Kentucky,   40588
Telephone - (859) 233-4146
Fax - (859) 231-7431

JAMES D. HAMILTON
451 LEES FORD DOCK RD.
NANCY, KY  42544

Invoice No.   37879
Date          11/25/2013
Client No.    3368

___

Professional Services Rendered as Follows:

Phone call with Kentucky Department of Revenue to
resolve notices issued to LFW and LFH -                           $_____ 69.00


                                        Current Amount Due    $_____ 69.00

**JAMES D. HAMILTON**
**HAMILTON CAPITAL, LLC**
**RECAP OF BILLINGS**
**DETAILED FOR THE PERIOD AUGUST 1, 2013 - JANUARY 17, 2014**

| Service Desc | Last Name | Date | Hours | Amount Billed |
|---|---|---|---|---|
| *Hamilton Capital, LLC (includes Lee's Ford Woods, LLC and Lee's Ford Hotels, LLC)* | | | | |
| Work with Kentucky Department of Revenue to resolve notices issued to Lee's Ford Woods, LLC and Lee's Ford Hotels, LLC | Horn | 9/4/2013 | 0.50 | $69.00 |
| **TOTAL HOURLY RATES SERVICES** | | | **0.50** | **$69.00** |

**TOTAL SUPPLIES/POSTAGE/TELEPHONE/TRAVEL**

**GRAND TOTAL OF BILLINGS - HAMILTON CAPITAL, LLC**                                $69.00