# EXHIBIT B

# THE VENTERS LAW OFFICE

34 PUBLIC SQUARE
P.O. BOX 1749
SOMERSET, KENTUCKY 42502

JOSEPH B. VENTERS
ATTORNEY-AT-LAW

TEL: 606-451-0332
FAX: 606-451-0335

January 30, 2014

# INVOICE

Litigation Fees – Lee's Ford Marina Cases:

| | | |
|---|---|---|
| RTG 463-3 | Collections (Total Fees and Expenses) | $1,955.86 |
| RTG 463-4 | Miscellaneous Work | $1,005.00 |
| RTG 463-17 | Community Trust Loans | $ 585.00 |
| | TOTAL | $3,545.86 |

Total Amount Now Due                                         $3,545.86

# The Venters Law Office

34 Public Square
PO Box 1749
Somerset, KY 42502

(606)451-0332 Phone
(606)451-0335 Fax

Joseph B. Venters
Attorney at Law

Lee's Ford Marina
ATTN: Accounts Payable
451 Lee's Ford Dock Road
Nancy, KY 42544

January 17, 2014
463-3

Matter No. 463-3
Collections Cases
Bill No. 12771

**Fees:**  Hours/Rate

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 01/29/13 | Calls and emails to Shannon RE: Phipps and Judd - Collections lawsuits | 0.30 150.00/hr | 45.00 |
| 02/01/13 | Drafted Default Judgment Motion and Order - Phipps - Collections lawsuit | 0.50 150.00/hr | 75.00 |
| 02/01/13 | Drafted Default Judgment Motion and Order - Judd - Collections lawsuit | 0.50 150.00/hr | 75.00 |
| 02/01/13 | Drafted Default Judgment Motion and Order - Huff - Collections lawsuit | 0.50 150.00/hr | 75.00 |
| 02/01/13 | Drafted Motion for Default Judgment, Affidavit, and Order - Winkler - Collections lawsuit | 1.00 150.00/hr | 150.00 |
| 02/01/13 | Drafted Motion for Default Judgment, Affidavitm and Order - Carroll - Collections lawsuit | 1.00 150.00/hr | 150.00 |
| 02/06/13 | Call to Shannon RE: Combs - Collections lawsuit | 0.10 150.00/hr | 15.00 |
| 02/26/13 | Reviewed Sammy Reid file for possible continued action in collections lawsuit | 0.50 150.00/hr | 75.00 |
| 03/01/13 | Court Appearance - Carroll - Collections Case | 0.50 150.00/hr | 75.00 |
| 03/01/13 | Court Appearance Winkler - Collections lawsuit | 0.50 150.00/hr | 75.00 |
| 03/01/13 | Prepared Carroll Default Judgment - Collectios lawsuit | 0.60 150.00/hr | 90.00 |
| 03/01/13 | Prepared Winkler Default Judgment - Collections lawsuit | 0.60 150.00/hr | 90.00 |

Matter No. 463-3  
Collections Cases

January 17, 2014  
Page 2

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 03/01/13 | Drafted Motion for Summary Judgment - Sammy Reid Collections lawsuit | 0.40<br>150.00/hr | 60.00 |
| 03/01/13 | Drafted Reid porposed Judgment - Collections lawsuit | 0.40<br>150.00/hr | 60.00 |
| 03/13/13 | Calls to John Ford and Sammy Reid regarding collections lawsuit<br>Drafted Agreed Order | 1.20<br>150.00/hr | 180.00 |
| 03/13/13 | Drafted letter to Sammy Reid regarding settlement of collection lawsuit | 0.30<br>150.00/hr | 45.00 |
| 04/09/13 | Drafted Sammy Reid Agreed Order to dismiss collection lawsuit | 0.20<br>150.00/hr | 30.00 |
| 07/23/13 | Email to JD regarding Reid collection lawsuit<br>Reviewed files | 0.30<br>150.00/hr | 45.00 |
| 08/27/13 | Email to JD regarding Reid, Winkler collections lawsuits | 0.20<br>150.00/hr | 30.00 |
| 10/17/13 | Call to Shannon regarding several collections lawsuits | 0.50<br>150.00/hr | 75.00 |
| 10/22/13 | Call to JD regarding Tim Howard Service of Process<br>Research | 0.80<br>150.00/hr | 120.00 |
| 10/29/13 | Reviewed Howard file<br>Call to Clerk's office regarding service of process | 0.20<br>150.00/hr | 30.00 |
| 10/31/13 | Meeting with JD and Shannon regarding all collections cases | 1.50<br>150.00/hr | 225.00 |
| 01/03/14 | Tim Howard Case - Email to attorney for E Trade Consumer Finance regarding case merits | 0.20<br>150.00/hr | 30.00 |
| 01/10/14 | Tim Howard Case: Email to opposing counsel regarding settlement | 0.10<br>150.00/hr | 15.00 |

Hours: 12.90  
Total fees: $1,935.00

**Expenses:**

| Date | Description | Amount |
|---|---|---|
| 10/29/13 | Certified Mail Fee - Howard Case for E Trade at Costa Mesa, Court Appearance address | 10.86 |
| 10/29/13 | KY SoS fee for Howard Case - E Trade at Costa Mesa, Court Appearance address | 10.00 |

Total expenses: $20.86

# The Venters Law Office

34 Public Square
PO Box 1749
Somerset, KY 42502

(606)451-0332 Phone
(606)451-0335 Fax

Joseph B. Venters
Attorney at Law

Lee's Ford Marina
ATTN: Accounts Payable
451 Lee's Ford Dock Road
Nancy, KY 42544

January 17, 2014
463-4

Matter No. 463-4
MISCELLANEOUS WORK
Bill No. 12780

**Fees:**  Hours/Rate

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 01/02/13 | Call to JD RE: Potential SUBWAY Restaurant at Lee's Ford | 0.10 150.00/hr | 15.00 |
| 01/12/13 | Call to JD RE: Potential SUBWAY Restaurant at Lee's Ford | 0.20 150.00/hr | 30.00 |
| 01/14/13 | Call to JD RE: Potential SUBWAY Restaurant at Lee's Ford | 0.30 150.00/hr | 45.00 |
| 01/17/13 | Emails to JD RE: Potential SUBWAY Restaurant at Lee's Ford | 0.40 150.00/hr | 60.00 |
| 01/19/13 | Call to Shannon RE: Collections case - Customer withdrew authorization to bill to credit card - discussed options | 0.30 150.00/hr | 45.00 |
| 01/21/13 | Email to Amy RE: General boat sales funds | 0.20 150.00/hr | 30.00 |
| 01/22/13 | Drafted email and call to Shannon RE: general boat sales fund | 0.30 150.00/hr | 45.00 |
| 01/22/13 | Email to Amy regarding general boat sales funds | 0.10 150.00/hr | 15.00 |
| 01/24/13 | Calls to Amelia Adams and A Roberts regarding bankruptcy case | 0.40 150.00/hr | 60.00 |
| 01/24/13 | Call to A. Roberts - general boat sales funds | 0.10 150.00/hr | 15.00 |
| 02/01/13 | Reviewed bills for Bankruptcy case  Drafted letter of explanation of billing for bankruptcy case | 1.40 150.00/hr | 210.00 |
| 02/06/13 | Call to JD RE: Special Olympics event | 0.20 150.00/hr | 30.00 |

Matter No. 463-4  
MISCELLANEOUS WORK

January 17, 2014  
Page 2

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 02/07/13 | Email to Bobby<br>RE: Special Olympics event | 0.30<br>150.00/hr | 45.00 |
| 02/13/13 | Emails to Bobby RE: Special Olympics event | 0.20<br>150.00/hr | 30.00 |
| 08/26/13 | Email to Phillip Weiss regarding potential alternate method of seizing boats | 0.30<br>150.00/hr | 45.00 |
| 09/26/13 | Served Corps of Engineers Subpoena | 1.00<br>150.00/hr | 150.00 |
| 12/13/13 | Call to Robin RE: Eviction process and letter | 0.20<br>150.00/hr | 30.00 |
| 01/07/14 | Call to JD regarding bankruptcy case | 0.70<br>150.00/hr | 105.00 |

Hours: 6.70  
Total fees: $1,005.00

# The Venters Law Office

34 Public Square
PO Box 1749
Somerset, KY 42502

(606)451-0332 Phone
(606)451-0335 Fax

**Joseph B. Venters**
**Attorney at Law**

Lee's Ford Marina
ATTN: Accounts Payable
451 Lee's Ford Dock Road
Nancy, KY 42544

January 17, 2014
463-17

Matter No. 463-17
Community Trust Loans
Bill No. 12782

| **Fees:** | | Hours/Rate | |
|---|---|---|---|
| 09/13/13 | Call to JD regarding potential Community Trust loan | 0.30 150.00/hr | 45.00 |
| 09/17/13 | Email to JD regarding potential Community Trust loan | 0.10 150.00/hr | 15.00 |
| 09/26/13 | Call to Amelia Adams<br>Reviewed documents related to Community Trust | 1.20 150.00/hr | 180.00 |
| 10/01/13 | Research and reviewed documents related to Community Trust Loan<br>Drafted letter to Community Trust<br>Call to Amelia Adams | 1.80 150.00/hr | 270.00 |
| 10/07/13 | Research and reviewed remainder of documents related to Community Trust Loan<br>Finished letter to Community Trust | 0.50 150.00/hr | 75.00 |
| | Hours: | 3.90 | |
| | Total fees: | | $585.00 |